**Chris HANSEN, Appellant, v. UNITED STATES of America, Appellee.**

No. 8623.

Circuit Court of Appeals, Ninth Circuit.

Oct. 11, 1937.

M. B. Moore, of Oakland, Cal., and Wm. L. Hacker, of Reno, Nev., for appellant.

E. P. Carville, U. S. Atty., of Reno, Nev.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon request of appellant, his counsel ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

**David HAWKINS et al., Appellants, v. UNITED STATES of America upon the Relation and for the Use of the TENNESSEE VALLEY AUTHORITY, Appellee.**

**UNITED STATES of America upon the Relation and for the Use of the TENNESSEE VALLEY AUTHORITY, Cross-Appellant, v. David HAWKINS et al., Cross-Appellee.**

Nos. 7842, 7843.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

Poore, Kramer & Testerman, of Knoxville, Tenn., for appellants.

James Lawrence Fly, of Knoxville, Tenn., for the TVA.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause the parties having agreed to a settlement of all issues herein, and having moved this court that the appeal and cross-appeal be dismissed, it is ordered and adjudged by this court that the appeal and cross-appeal be, and the same are hereby, dismissed at appellee's and cross-appellant's cost, and that this cause be, and is hereby, remanded to the said District Court for further proceedings according to law and justice.

Appeal and cross-appeal dismissed and causes remanded.

**Scott HICKS, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Ga., Appellee.***

No. 8595.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Scott Hicks, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and E. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

*Writ of certiorari denied 58 S.Ct. 411, 82 L.Ed. —-.